IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOSEPH HAEN, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>IOWA TELECOMMUNICATIONS SERVICES, INC.; ALAN L. WELLS; KENNETH R. COLE; NORMAN C. FROST; BRIAN G. HARD; H. LYNN HORAK; CRAIG A. LANG; KENDRIK E. PACKER; and WINDSTREAM CORPORATION,<br><br>      Defendants. | NO. 4:09-cv-00501-JAJ-RAW<br><br>ORDER SETTING HEARING ON PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY PROCEEDINGS AND MOTION TO CONSOLIDATE RELATED CLASS ACTIONS AND APPOINT LEAD COUNSEL |

      The above motions are before the Court [5] [7]. The discovery motion seeks expedited relief. The Court prefers not to address the motions on an ex parte basis. Hearing before the undersigned on both motions is set for **Tuesday, January 12, 2010, at 3:00 p.m. at the U.S. Courthouse in Des Moines, Iowa**. By that date defendants, all of whom have been served, will have had an opportunity to appear and participate. Counsel for plaintiff shall send a copy of this order to any expected counsel of defendants of whom counsel has knowledge who have not to this date appeared. If requested by the parties the Court will hold the hearing by teleconference. Any request in this regard should be made to my chambers by noon on January 8, 2010.

IT IS SO ORDERED.

Dated this 31st day of December, 2009.

_____
ROSS A. WALTERS
UNITED STATES MAGISTRATE JUDGE