IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IN RE IOWA TELECOMMUNICATION SERVICES, INC., SHAREHOLDER LITIGATION | No. 4:09-cv-00501-JAJ (Consolidated with 4:09-cv-00514-JAJ)<br><br>**ORDER** |

On February 5, 2010, plaintiffs' counsel informed the court that the above case has been settled.

Closing documents shall be filed by **March 5, 2010**. If no closing documents are filed by this date, pursuant to LR 41.1(c), the court may order dismissal of this action without further notice. Within sixty (60) days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

**IT IS SO ORDERED**.

**DATED** this 8th day of February, 2010.

_____
JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA