**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| IN RE IOWA TELECOMMUNICATION SERVICES, INC. SHAREHOLDER LITIGATION | **No. 4:09-CV-501-JAJ-RAW (Consolidated with 4:09-CV-514-JAJ-RAW)**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
|---|---|

COMES NOW the Plaintiffs and Defendants, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and hereby stipulate to the dismissal with prejudice of the above captioned matter.

/s/ **THOMAS J. DUFF**
**DUFF LAW FIRM, P.L.C.**
THOMAS J. DUFF (ICIS# AT0002229)
The Griffin Building
319 Seventh Street, Suite 600
Des Moines, Iowa 50309
Telephone: (515) 283-1111
Fax: (515) 282-0477

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Gregory M. Nespole, Esq.
Gustavo Bruckner, Esq.
Rachel S. Poplock, Esq.
270 Madison Avenue
New York, New York 10016
(212) 545-4600 (t)
(212) 545-4563 (f)

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Adam J. Levitt, Esq.
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
(312) 984-0000 (t)
(312) 984-0001 (f)

**LAW OFFICES OF MARC S. HENZEL**
Marc S. Henzel, Esq.
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
(610) 660-8000 (t)
(610) 660-8080 (f)
***Counsel for Plaintiff***
***and the Proposed Class***

/s/**MARK McCORMICK**
Mark McCormick
Michael R. Reck
William B. Ortman
Kelsey J. Knowles
BELIN McCORMICK, P.C.
666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
Telephone: (515) 283-4645
Facsimile: (5 1 5) 558-0645
Email: mmccormick@belinmccormick.com
mrreck@belinmccormick.com
wbortman@belinmccormick.com
kjknowles@belinmccormick.com

/s/**DAVID R. MARSHALL**
David R. Marshall
Leah C. Janus
Joseph J. Cassioppi
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7400
Facsimile: (612)492-7077
E-mail: dmarshall@fredlaw.com
ljanus@fredlaw.com
jcassioppi@fredlaw.com
ATTORNEYS FOR IOWA TELECOMMUNICATIONS SERVICES, INC., ALAN L. WELLS, KENNETH R, COLE; NORMAN C. FROST, BRIAN G. HART, H. LYNN HORAK, CRAIG A. LANG, KENDRIK E. PACKER

/s/ **RICHARD J. SAPP**
Richard J. Sapp
Thomas H. Walton
NYEMASTER, GOODE, WEST,
HANSELL & O'BRIEN, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309-3899
Telephone: (515) 283-3100
Facsimile: (515) 283-8045
Email: rjs@nyemaster.com
twalton@nyemaster.com

/s/**ROBERT S. SAUNDERS**
Robert S. Saunders
Timothy S. Kearns
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
Telephone: (302) 651-3170
Facsimile: (302) 574-3170
Email: Rob.Saunders@skadden.com
Timothy.Kearns@skadden.com
ATTORNEYS FOR DEFENDANT
WINDSTREAM CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that on **OCTOBER 4, 2010**, I electronically filed the foregoing with the Clerk of Court using the ECF system.

/s/ THOMAS J. DUFF
THOMAS J. DUFF (ICIS # AT0002229)
DUFF LAW FIRM, P.L.C.
The Griffin Building
319 Seventh Street, Suite 600
Des Moines, Iowa 50309
Telephone: (515) 283-1111
Fax: (515) 282-0477
E-mail: tom@tdufflaw.com